IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VALERIE V. ROMANSKI, D.O., | Civil No. C09-0551-MAT |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER AMENDING THE SCHEDULING ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on Defendant's Motion, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including September 28, 2009, to file Defendant's responsive brief; and

- Plaintiff shall have up to and including October 12, 2009, to file an optional reply brief.

DATED this 23rd day of September 2009.

_____
Mary Alice Theiler
United States Magistrate Judge

Page 1      ORDER - [C09-0551-MAT]

Presented by:

s/ THOMAS M. ELSBERRY, WSB # 26456
Special Assistant United States Attorney
Office of the General Counsel
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2112
FAX: (206) 615-2531
thomas.elsberry@ssa.gov